UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY CLEMENTI,

    Plaintiff,                                                                           CASE NO.

v.

CAPITAL ONE BANK, N.A.,

    Defendant.

_____/

**VERIFIED COMPLAINT**

COMES NOW the Plaintiff, JERRY CLEMENTI ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, CAPITAL ONE BANK, N.A. ("Defendant"), alleges and affirmatively states as follows:

**INTRODUCTION**

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

3. Because Defendant conducts business in the State of Florida personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Tampa, Hillsborough County, Florida.

6. Defendant is a business entity with a principal place of business in Kettering, Ohio.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

9. Defendant places collection calls to Plaintiff's cellular telephone at phone number (313) 283-03XX.

10. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 800-955-6600 and 800-213-3798.

11. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

12. On April 13, 2015, Plaintiff requested that Defendant cease placing collection calls to his cell phone and requested that Defendant stop calling him regarding any of his Capital One accounts.

13. Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system during the telephone call on April 13, 2015.

14. Despite Plaintiff's request to cease, Defendant placed at least 172 automated collection calls to Plaintiff over an approximate ten-week period.

15. Defendant willfully and voluntarily used an automatic telephone dialing system to

place these calls.

16. Defendant intended to use an automatic telephone dialing system to place these calls.

17. Defendant did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

18. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

19. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff, JERRY CLEMENTI, respectfully requests judgment be entered against Defendant, CAPITAL ONE BANK, N.A., for the following:

20. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B),

21. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C),

22. All court costs, witness fees and other fees incurred,

23. Any other relief that this Honorable Court deems appropriate.

Dated: July 22, 2015

RESPECTFULLY SUBMITTED,

By: _____
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax:     (866) 861-1390
Attorney for Plaintiff
FBN: 0882461