UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY CLEMENTI,

    Plaintiff,

v.                                            Case No. Case 8:15-cv-1802-T-23MAP

CAPITAL ONE BANK, N.A.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    NOW COMES the Plaintiff, JERRY CLEMENTI, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                      RESPECTFULLY SUBMITTED,

                                      By:  /s/ Shireen Hormozdi
                                            Shireen Hormozdi
                                            Krohn & Moss, Ltd
                                            10474 Santa Monica Blvd., Suite 405
                                            Los Angeles, CA 90025
                                            Phone:  (323) 988-2400 ext. 267
                                            Fax:    (866) 861-1390
                                            Attorney for Plaintiff
                                            FBN: 0882461

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff