UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JERRY CLEMENTI,

     Plaintiff,

v.                                                                    CASE NO. 8:15-cv-1802-T-23MAP

CAPITAL ONE BANK, N.A.,

     Defendant.
_____/


**ORDER**

In accord with the parties' stipulation (Doc. 23), this action is **DISMISSED**

**WITH PREJUDICE**.

ORDERED in Tampa, Florida, on February 11, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE